B1 (Official Form 1) (4/10)

| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF TEXAS<br>SHERMAN DIVISION | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**N.I.A. National Insurance Agency, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all):   **75-2837259** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |

| Street Address of Debtor (No. and Street, City, and State):<br>**14800 Quorum Drive**<br>**Suite 500**<br>**Dallas, TX**             ZIP CODE **75234** | Street Address of Joint Debtor (No. and Street, City, and State):             ZIP CODE |
|---|---|
| County of Residence or of the Principal Place of Business:<br>**Denton** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**14800 Quorum Drive**<br>**Suite 500**<br>**Dallas, TX**             ZIP CODE **75234** | Mailing Address of Joint Debtor (if different from street address):             ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):             ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box:**
- [ ] Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Chapter 11 Debtors**

THIS SPACE IS FOR COURT USE ONLY

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

**B1 (Official Form 1) (4/10)**        **Page 2**

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):  **N.I.A. National Insurance Agency, Inc.** |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor**   (If more than one, attach additional sheet.)

| Name of Debtor:<br>**Larry Gene McClendon** | Case Number:<br>**11-41527** | Date Filed:<br>**5/11/2011** |
|---|---|---|
| District:<br>**Eastern District of Texas** | Relationship:<br>**Company** | Judge:<br>**Brenda T. Rhoades** |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>**X** _____<br>                                             Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

                    _____<br>                    (Name of landlord that obtained judgment)

                    _____<br>                    (Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification.  (11 U.S.C. § 362(l)).

**B1 (Official Form 1) (4/10)** Page 3

# Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s): **N.I.A. National Insurance Agency, Inc.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____

X _____

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X **/s/ Joyce Lindauer**
_____
**Joyce Lindauer**          Bar No. **21555700**

**Joyce W. Lindauer**
**8140 Walnut Hill Lane**
**Suite 301**
**Dallas, TX 75231**

Phone No. **(972) 503-4033**     Fax No. **(972) 503-4034**

**5/11/2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**N.I.A. National Insurance Agency, Inc.**

X **/s/ Larry Gene McClendon**
_____
Signature of Authorized Individual

**Larry Gene McClendon**
_____
Printed Name of Authorized Individual

**President**
_____
Title of Authorized Individual

**5/11/2011**
_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

IN RE:   **N.I.A. National Insurance Agency, Inc.**                    CASE NO

                                                                        CHAPTER    **11**

## VERIFICATION OF CREDITOR MATRIX

      The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date _5/11/2011_____                    Signature _ _/s/ Larry Gene McClendon_____
                                                                  **_Larry Gene McClendon_**
                                                                  **_President_**

Date _____                    Signature _____

American National Bank Visa
P.O. Box 569120
Dallas, TX  75356


Amy Nichols/44th Street Design
1929 Niagra Street
Denver, CO  80220


APL
715 E. Border
Arlington, TX  76010


AT&T
32 Avenue of the Americas
New York, NY  10013


AT&T Mobility
P.O. Box 650553
Dallas, TX  75265-0553


Attorney General of Texas
Bankruptcy Division
PO Box 12548
Austin, TX 78711-2548


Billy D. Huddleston, Jr.
7152 Araglin Ct.
Dallas, TX 75230-2097


Brandi R. Palomo
14800 Quorum Drive
Suite 500
Dallas, TX 75254


Brian Paul Sanford
3610 Shire Blvd., Suite 206
Richardson, TX  75082

Cbeyond Communications
4835 LBJ Freeway
Suite 900
Dallas, TX  75244


Chad Baruch
Attorney at Law
3201 Main Street
Rowlett, TX  75088


Charlie Roberts
1480 Quorum Drive
Suite 500
Dallas, TX  75254


Chevron Texaco
4125 Windward Pl.
Alpharetta, GA  30005


Citibank
P.O. Box 6415
The Lakes, NV 88901-6415


Citibusiness/AAdvantage Card
P.O. Box 6235
Sioux Falls, SD  57117-6235


Comptroller of Public Accts
Rev Acctg Div/Bankruptcy Dept
PO BOX 13528
Austin, TX 78711


Cowles and Thompson
901 Main St.
Suite 3900
Dallas, TX 75202


D.H. Lee, III
6201 N.28th Street
Arlington, VA  22207

D.H. Lee, Jr.
c/o Lee Family Partnership
5127 W. Hanover Avenue
Dallas, TX  75209


Danile Shipman
14800 Quorum Drive
Suite 500
Dallas, TX  75254


David Pimenta
3939 Van Ness Lane
Dallas, TX  75220


Dr. Dee Martinez
3638 Cripple Creek Drive
Dallas, TX  75224


Exxon/Mobil
P.O. Box 6404
Sioux Falls, SD  57117


First Advantage CREDO
12395 First American Way
Poway, CA  92064


First Shred, LLC
2081 Hutton Drive
Suite 206
Carrollton, TX  75006


Frost Bank
P.O. Box 34746
San Antonio, TX 78265


G. Michael Howard
138 Hillyndale Road
Storrs, CT 06268

Geeks on Patrol
801 Alpha Road
Suite 109
Richardson, TX   75081


GQ Marketing
3522 Williams Road
Fort Worth, TX   76116


Great American Leasing Corp.
PO Box 660831
Dallas, TX 75266-0831


Hanby/Phipps Investments
1609 Range Drive
Mesquite, TX   75149-1662


Harold Tinseth
181 School Street
Acton, MA   01720-4417


Internal Revenue Service
Mail Code DAL-5020
1100 Commerce Street
Dallas, Texas   75242


Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114


J. Hunter Atkins
401 Church Street
Nashville, TN   37219


James Shapland
4102 Farhills Drive
Champaign, IL   61822

```
Janis Rogers & Associates
1545 W. Mockingbird Lane
Dallas, TX  75235


Jason Ditson
14800 Quorum Drive
Suite 500
Dallas, TX  75254


JHG, LLLP
Dr. James Golleher
1915 Beebe-Capps Road
Searcy, AZ  72143


John Henry Crouch, IV
Kilgor Law Center
3109 Carlisle, Suite 200
Dallas, TX 75204


Johnston & Tobey, P.C.
3308 Oak Grove
Dallas, TX  75204


Kathy L. Stephens
1480 Quorum Drive
Suite 500
Dallas, TX  75254


Linebarger Goggan Blair & sampson
University Center, Ste. 1720
2323 Bryan Street
Dalals, Texas 75201


Marsha M. Halpern
3010 LBJ Freeway
Suite 1200
Dallas, TX  75234


Michael Thorsland
c/o Venture Mortgage
7801 East Bush Lake Road
Edina, MN  55439
```

Mike Malecki
7050 Arapho Road
Suite 2055
Dallas, TX  75248


Mr. & Mrs. Mack Wattenburge
3904 Deann Drive
Amarillo, TX  79121


Paychex
8605 Freeport Parkway
Suite 100
Irving, TX  75063


Pitney Bowes
1 Elmcroft Road
Stamford, CT  06926-0700


Rex Curtiss
4928 Curtiss Drive
Lapeer, MI  48446


Robert Grubb
14800 Quorum Drive
Suite 500
Dallas, TX 75254


Robert P. Kubicki
Attorney at Law
1320 Prudential Drive
Suite 204
Dallas, TX 75235


SM II/TRP Properties, LP
14180 Dallas Parkway
Dallas, TX  75254


Smoot Telecom Company
P.O. Box 796672
Dallas, TX  75379

Stephen Fisher
38 North Mount Hope
School Road
Willow Street, PA  17584


Stewart Lee
1212 N. Edgefield
Dallas, TX  75208


Tamara M. Leach
14800 Quorum Drive
Suite 500
Dallas, TX 75254


Texas Workforce Commission
101 East 15th Street
Austin, TX 78778-0001


Thomas Gunderson
1739 Camino Redondo
Los Alamos, NM  87544


U. S. Attorney
110 N. College Ave.
Suite 700
Tyler, TX 75702-0204


U. S. Trustee's Office
110 N. College Street
Suite 300
Tyler, TX 75702-7231


Uncle Bob's Storage
9530 Skillman
Dallas, TX  75243


Verity Group
885 E. Collins Blvd.
Suite 102
Richardson, TX  75081

Warren Roche
17322 West Tara Lane
Surprise, AZ 85388