B6A (Official Form 6A) (12/07)

In re  **N.I.A. National Insurance Agency, Inc.**                                  Case No.    **11-41529**
                                                                                                      (if known)

# SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| None | | | | |
| | | | Total: | $0.00 |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re **N.I.A. National Insurance Agency, Inc.**                    Case No.   **11-41529**   _____
                                                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Frost Bank<br>Debtor in Possession account | | $100,000.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Office lease security deposit | | $5,000.00 |
| | | $5,000 on deposit with the  Dallas County District Clerk for a temporary injunction bond related to the Springfield case | | $5,000.00 |
| 4. Household goods and furnishings, including audio, video and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **N.I.A. National Insurance Agency, Inc.**                    Case No.  **11-41529** _____

(if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | Agent debit balances based on advances, actual receivable funds may vary from value listed due to the funds being a rolling figure | | $3,568,801.68 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **N.I.A. National Insurance Agency, Inc.**                    Case No.   **11-41529**  _____
                                                                          (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | Insurance licenses (35 states) | | $0.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | Cannot reveal due to HIPPA rules (Values contingent based on customers' individual policies) | | Unknown |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2006 Toyota Corolla operated by Jason Ditson (President of National Capital Corporation) Estimated resale value $3500.00 | | $3,500.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **N.I.A. National Insurance Agency, Inc.**                    Case No.   **11-41529**
                                                                                 (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Motor Home (titled to company owner, Larry Gene McClendon, but was purchased for company use at trade shows and events) | | $8,000.00 |
| | | 2007 Mercedes Benz CL class operated by Larry Gene McClendon, President of N.I.A. National Insurance Agency, Inc. Estimated resale value $25,000.00 | | $25,000.00 |
| | | 2009 Cadillac Escalade ESV currently being operated by Larry Gene McClendon, President of N.I.A. National Insurance Agency, Inc. Leased vehicle valued at approximately $38,000.00 | | $38,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Television $500.00 6 wooden desks $600.00 6 computer chairs $300.00 14 computers $2800.00 10 cubicles $2500.00 4 filing cabinets $400.00 Various office supplies (papers, pens, pencils, etc.) $1500.00 15 phones $500.00 Water fountain $150.00 10 office chairs $500.00 Dishwasher $50.00 Printer $3000.00 2 credenzas $200.00 | | $13,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **N.I.A. National Insurance Agency, Inc.**                    Case No.  **11-41529**
                                                                                  (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 30. Inventory. | X | | |
| 31. Animals. | X | | |
| 32. Crops - growing or harvested. Give particulars. | X | | |
| 33. Farming equipment and implements. | X | | |
| 34. Farm supplies, chemicals, and feed. | X | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | |
| | | _____4_____ continuation sheets attached | |
| | | **Total  >** | **$3,766,301.68** |

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/10)

In re **N.I.A. National Insurance Agency, Inc.**                    Case No.    **11-41529**
                                                                                    (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                               $146,450.*

☐  11 U.S.C. § 522(b)(2)
☐  11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Not Applicable | | | |

| | | | |
|---|---|---|---|
| *Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.* | | $0.00 | $0.00 |

B6D (Official Form 6D) (12/07)

In re  **N.I.A. National Insurance Agency, Inc.**                    Case No.  **11-41529**
_____
                                                                                          (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**American National Bank of Texas**<br>**PO Box 40**<br>**Terrell, TX 75160-0000** | X | DATE INCURRED:<br>NATURE OF LIEN:<br>**Security Agreement**<br>COLLATERAL:<br>**Company vehicles**<br>REMARKS:<br><br>VALUE:            **$28,500.00** | | | | **$32,605.36** | **$4,105.36** |
| ACCT #:<br><br>**Frost Bank**<br>**P.O. Box 34746**<br>**San Antonio, TX 78265** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Purchase Money**<br>COLLATERAL:<br>**Business**<br>REMARKS:<br><br>VALUE:            **$0.00** | | | | **$950,000.00** | **$950,000.00** |
| ACCT #: **xxx-xxxxxx2-000**<br><br>**GreatAmerica Leasing Corp.**<br>**PO Box 660831**<br>**Dallas, TX 75266** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Security Agreement**<br>COLLATERAL:<br>**Printer**<br>REMARKS:<br>**Claim amount is the monthly lease payment**<br><br>VALUE:            **$0.00** | | | | **$561.25** | **$561.25** |
| ACCT #:<br><br>**Pitney Bowes**<br>**1313 No. Atlantic, 3rd Floor**<br>**Spokane, WA 99201-2303** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Security Agreement**<br>COLLATERAL:<br>**Pitney Bowes postage machine (leased)**<br>REMARKS:<br><br>VALUE:            **$0.00** | | | | **Unknown** | **Unknown** |

Subtotal (Total of this Page) >      **$983,166.61**      **$954,666.61**

Total (Use only on last page) >

_____**1**_____continuation sheets attached

(Report also on Summary of Schedules.)          (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

In re  **N.I.A. National Insurance Agency, Inc.**                    Case No.  **11-41529**

                                                                                                    (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**SM II/TRP Properties, LP**<br>**14180 Dallas Parkway**<br>**Dallas, TX 75254** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Lease contract**<br>COLLATERAL:<br>**14800 Quorum Drive, Suite 500, Dallas, TX 75254**<br>REMARKS:<br><br><br>VALUE:                    **$0.00** | | | | **Unknown** | **Unknown** |
| ACCT #:<br><br>**U.S. Bank**<br>**P.O. Box 130**<br>**Hillsboro, OH 45133** | X | DATE INCURRED:<br>NATURE OF LIEN:<br>**Lease agreement**<br>COLLATERAL:<br>**2009 Cadillac Escalade ESV currently being opera**<br>REMARKS:<br><br><br>VALUE:                    **$38,000.00** | | | | **$49,453.00** | **$11,453.00** |
| | | | | | | | |
| | | | | | | | |

Sheet no. _____**1**_____ of _____**1**_____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

|  | Subtotal (Total of this Page) > | **$49,453.00** | **$11,453.00** |
|---|---|---|---|
|  | Total (Use only on last page) > | **$1,032,619.61** | **$966,119.61** |
|  |  | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6E (Official Form 6E) (04/10)

In re **N.I.A. National Insurance Agency, Inc.**                    Case No.    __11-41529__
                                                                              (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☑ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____**3**_____continuation sheets attached

B6E (Official Form 6E) (04/10) - Cont.

In re  **N.I.A. National Insurance Agency, Inc.**                                 Case No.   **11-41529**
                                                                                                            (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Wages, salaries, and commissions |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Brandi R. Palomo**<br>**14800 Quorum Drive**<br>**Suite 500**<br>**Dallas, TX 75254** | | DATE INCURRED:<br>CONSIDERATION:<br>**Wages**<br>REMARKS: | | | | **Unknown** | **Unknown** | **Unknown** |
| ACCT #:<br>**Charlie Roberts**<br>**1480 Quorum Drive**<br>**Suite 500**<br>**Dallas, TX 75254** | | DATE INCURRED:<br>CONSIDERATION:<br>**Wages**<br>REMARKS: | | | | **Unknown** | **Unknown** | **Unknown** |
| ACCT #:<br>**Daniel Shipman**<br>**14800 Quorum Drive**<br>**Suite 500**<br>**Dallas, TX 75254** | | DATE INCURRED:<br>CONSIDERATION:<br>**Wages**<br>REMARKS: | | | | **Unknown** | **Unknown** | **Unknown** |
| ACCT #:<br>**Jason Ditson**<br>**14800 Quorum Drive**<br>**Suite 500**<br>**Dallas, TX 75254** | | DATE INCURRED:<br>CONSIDERATION:<br>**Wages**<br>REMARKS: | | | | **Unknown** | **Unknown** | **Unknown** |
| ACCT #:<br>**Kathy L. Stephens**<br>**1480 Quorum Drive**<br>**Suite 500**<br>**Dallas, TX 75254** | | DATE INCURRED:<br>CONSIDERATION:<br>**Wages**<br>REMARKS: | | | | **Unknown** | **Unknown** | **Unknown** |
| ACCT #:<br>**Robert Grubb**<br>**14800 Quorum Drive**<br>**Suite 500**<br>**Dallas, TX 75254** | | DATE INCURRED:<br>CONSIDERATION:<br>**Wages**<br>REMARKS: | | | | **Unknown** | **Unknown** | **Unknown** |

Sheet no. ____**1**____ of ____**3**____ continuation sheets
attached to Schedule of Creditors Holding Priority Claims

|  | | |
|---|---|---|
| Subtotals (Totals of this page) > | **$0.00** | **$0.00** | **$0.00** |
| Total ><br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | | | |
| Totals ><br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | |

B6E (Official Form 6E) (04/10) - Cont.

In re  **N.I.A. National Insurance Agency, Inc.**                    Case No.   **11-41529**
                                                                                        (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Wages, salaries, and commissions |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Tamara M. Leach**<br>**14800 Quorum Drive**<br>**Suite 500**<br>**Dallas, TX 75254** | | DATE INCURRED:<br>CONSIDERATION:<br>**Wages**<br>REMARKS: | | | | **Unknown** | **Unknown** | **Unknown** |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Sheet no. ____**2**____ of ____**3**____ continuation sheets       **Subtotals (Totals of this page) >**   | **$0.00** | **$0.00** | **$0.00** |
attached to Schedule of Creditors Holding Priority Claims

**Total >**
**(Use only on last page of the completed Schedule E.**
**Report also on the Summary of Schedules.)**

**Totals >**
**(Use only on last page of the completed Schedule E.**
**If applicable, report also on the Statistical Summary**
**of Certain Liabilities and Related Data.)**

B6E (Official Form 6E) (04/10) - Cont.

In re  **N.I.A. National Insurance Agency, Inc.**                    Case No.   **11-41529**
                                                                                    (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Robert Tobey**<br>**Johnston Tobey, P.C.**<br>**3308 Oak Grove Avenue**<br>**Dallas, TX 75204** | | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS: | | | | $4,963.75 | $4,963.75 | $0.00 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Sheet no. ___3___ of ___3___ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotals (Totals of this page) > | $4,963.75 | $4,963.75 | $0.00 |
| Total ><br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $4,963.75 | | |
| Totals ><br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $4,963.75 | $0.00 |

B6F (Official Form 6F) (12/07)

In re   **N.I.A. National Insurance Agency, Inc.**                     Case No.   **11-41529**
                                                                                      (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **0713**<br>**American National Bank of Texas**<br>**PO Box 40**<br>**Terrell, TX 75160-0000** | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$1,928.89** |
| ACCT #:  **xxxxxxxxxxxXXXX**<br>**American National Bank Visa**<br>**P.O. Box 569120**<br>**Dallas, TX 75356** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | **Unknown** |
| ACCT #:  **xxxxxxxxxxxXXXX**<br>**American National Bank VISA**<br>**P.O. Box 569120**<br>**Dallas, TX 75356** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**Amy Nichols/44th Street Design**<br>**1929 Niagra Street**<br>**Denver, CO 80220** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**APL**<br>**715 E. Border**<br>**Arlington, TX 76010** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**AT&T**<br>**32 Avenue of the Americas**<br>**New York, NY 10013** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | **$0.00** |

Subtotal >   **$1,928.89**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

_____**8**_____continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re   **N.I.A. National Insurance Agency, Inc.**                                    Case No.   **11-41529**
                                                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**AT&T Mobility**<br>**P.O. Box 650553**<br>**Dallas, TX  75265-0553** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Billy D. Huddleston, Jr.**<br>**7152 Araglin Ct.**<br>**Dallas, TX 75230-2097** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**Brian Paul Sanford**<br>**3610 Shire Blvd., Suite 206**<br>**Richardson, TX  75082** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice only**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**Cbeyond Communications**<br>**4835 LBJ Freeway**<br>**Suite 900**<br>**Dallas, TX 75244** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Chad Baruch**<br>**Attorney at Law**<br>**3201 Main Street**<br>**Rowlett, TX  75088** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**Chevron Texaco**<br>**4125 Windward Pl.**<br>**Alpharetta, GA  30005** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | **$0.00** |

Sheet no. ____1____ of ____8____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >     **$0.00**

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **N.I.A. National Insurance Agency, Inc.**                    Case No.   **11-41529**
                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Citibank**<br>**P.O. Box 6415**<br>**The Lakes, NV 88901-6415** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | **Unknown** |
| ACCT #:   **xxxxxxxxxxxXXXX**<br>**Citibusiness/AAdvantage Card**<br>**P.O. Box 6235**<br>**Sioux Falls, SD  57117-6235** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Cowles and Thompson**<br>**901 Main St.**<br>**Suite 3900**<br>**Dallas, TX 75202** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | X | X | X | **$552,445.74** |
| ACCT #:<br>**D.H. Lee, III**<br>**6201 N.28th Street**<br>**Arlington, VA  22207** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | X | X | X | **$25,000.00** |
| ACCT #:<br>**D.H. Lee, Jr.**<br>**c/o Lee Family Partnership**<br>**5127 W. Hanover Avenue**<br>**Dallas, TX  75209** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | X | X | X | **$25,000.00** |
| ACCT #:<br>**David Pimenta**<br>**3939 Van Ness Lane**<br>**Dallas, TX  75220** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | X | X | X | **$35,000.00** |

Sheet no. ___**2**___ of ___**8**___ continuation sheets attached to                    Subtotal >    **$637,445.74**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                            Total >
                          **(Use only on last page of the completed Schedule F.)**
                          **(Report also on Summary of Schedules and, if applicable, on the**
                          **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **N.I.A. National Insurance Agency, Inc.**                    Case No.  **11-41529**
                                                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br> **Dr. Dee Martinez** <br> **3638 Cripple Creek Drive** <br> **Dallas, TX  75224** | | DATE INCURRED: <br> CONSIDERATION: <br> **Business Loan** <br> REMARKS: | X | X | X | **$112,220.70** |
| **Representing:** <br> **Dr. Dee Martinez** | | **Robert P. Kubicki** <br> **Attorney at Law** <br> **1320 Prudential Drive** <br> **Suite 204** <br> **Dallas, TX 75235** | | | | **Notice Only** |
| ACCT #:  **xxxxxxxx0770** <br> **Exxon/Mobil** <br> **P.O. Box 6404** <br> **Sioux Falls, SD  57117** | | DATE INCURRED: <br> CONSIDERATION: <br> **Business debt** <br> REMARKS: | | | | **$0.00** |
| ACCT #: <br> **First Advantage CREDO** <br> **12395 First American Way** <br> **Poway, CA  92064** | | DATE INCURRED: <br> CONSIDERATION: <br> **Business debt** <br> REMARKS: | | | | **$0.00** |
| ACCT #: <br> **First Shred, LLC** <br> **2081 Hutton Drive** <br> **Suite 206** <br> **Carrollton, TX  75006** | | DATE INCURRED: <br> CONSIDERATION: <br> **Business debt** <br> REMARKS: | | | | **$0.00** |
| ACCT #: <br> **G. Michael Howard** <br> **138 Hillyndale Road** <br> **Storrs, CT 06268** | | DATE INCURRED: <br> CONSIDERATION: <br> **Business debt** <br> REMARKS: | X | X | X | **$130,000.00** |

Sheet no. _____**3**_____ of _____**8**_____ continuation sheets attached to                    Subtotal >                    **$242,220.70**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                        Total >
                                            **(Use only on last page of the completed Schedule F.)**
                                    **(Report also on Summary of Schedules and, if applicable, on the**
                                    **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **N.I.A. National Insurance Agency, Inc.**

Case No.  **11-41529**

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Geeks on Patrol**<br>**801 Alpha Road**<br>**Suite 109**<br>**Richardson, TX  75081** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**GQ Marketing**<br>**3522 Williams Road**<br>**Fort Worth, TX  76116** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Hanby/Phipps Investments**<br>**1609 Range Drive**<br>**Mesquite, TX  75149-1662** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | X | X | X | **$100,000.00** |
| ACCT #:<br>**Harold Tinseth**<br>**181 School Street**<br>**Acton, MA  01720-4417** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | X | X | X | **$50,000.00** |
| ACCT #:<br>**HGH Energy, Inc.**<br>**12222 Merit Drive**<br>**Suite 955**<br>**Dallas, TX 75251** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**J. Hunter Atkins**<br>**401 Church Street**<br>**Nashville, TN  37219** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | X | X | X | **$25,000.00** |

Sheet no. ____**4**____ of ____**8**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  **$175,000.00**

Total >

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **N.I.A. National Insurance Agency, Inc.**                              Case No.  **11-41529** _____
                                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**James Shapland**<br>**4102 Farhills Drive**<br>**Champaign, IL  61822** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | X | X | X | **$200,000.00** |
| ACCT #:<br>**Janis Rogers & Associates**<br>**1545 W. Mockingbird Lane**<br>**Dallas, TX  75235** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**JHG, LLLP**<br>**Dr. James Golleher**<br>**1915 Beebe-Capps Road**<br>**Searcy, AZ  72143** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | X | X | X | **$80,000.00** |
| ACCT #:<br>**Johnston & Tobey, P.C.**<br>**3308 Oak Grove**<br>**Dallas, TX  75204** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Mack Wattenburger**<br>**3904 Deann Drive**<br>**Amarillo, TX 79121** | | DATE INCURRED:<br>CONSIDERATION:<br>**Investor**<br>REMARKS: | X | X | X | **$100,000.00** |
| ACCT #:<br>**Michael Thorsland**<br>**c/o Venture Mortgage**<br>**7801 East Bush Lake Road**<br>**Edina, MN  55439** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | X | X | X | **$100,000.00** |

Sheet no. ____**5**____ of ____**8**____ continuation sheets attached to                                          Subtotal >          **$480,000.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                Total >
                                      **(Use only on last page of the completed Schedule F.)**
                                      **(Report also on Summary of Schedules and, if applicable, on the**
                                      **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **N.I.A. National Insurance Agency, Inc.**                              Case No.   **11-41529**
                                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Mike Malecki**<br>**7050 Arapho Road**<br>**Suite 2055**<br>**Dallas, TX  75248** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | X | X | X | $25,000.00 |
| ACCT #:<br>**Mr. & Mrs. Mack Wattenburge**<br>**3904 Deann Drive**<br>**Amarillo, TX  79121** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | X | X | X | $100,000.00 |
| ACCT #:<br>**Paychex**<br>**8605 Freeport Parkway**<br>**Suite 100**<br>**Irving, TX  75063** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | $0.00 |
| ACCT #:<br>**PetroQuest Exploration, Inc.**<br>**12222 Merit Drive**<br>**Suite 955**<br>**Dallas, TX 75251** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | Unknown |
| ACCT #:<br>**Rex Curtiss**<br>**4928 Curtiss Drive**<br>**Lapeer, MI  48446** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | X | X | X | $65,000.00 |
| ACCT #:<br>**Smoot Telecom Company**<br>**P.O. Box 796672**<br>**Dallas, TX  75379** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | $0.00 |

Sheet no. ___**6**___ of ___**8**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$190,000.00**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **N.I.A. National Insurance Agency, Inc.**                         Case No.   **11-41529** _____

                                                                                                (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Stephen Fisher**<br>**38 North Mount Hope**<br>**School Road**<br>**Willow Street, PA  17584** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | X | X | X | **$100,000.00** |
| ACCT #:<br>**Stewart Lee**<br>**1212 N. Edgefield**<br>**Dallas, TX  75208** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | X | X | X | **$15,000.00** |
| ACCT #:<br>**Thomas Gunderson**<br>**1739 Camino Redondo**<br>**Los Alamos, NM  87544** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | X | X | X | **$100,000.00** |
| ACCT #:<br>**Uncle Bob's Storage**<br>**9530 Skillman**<br>**Dallas, TX  75243** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Verity Group**<br>**885 E. Collins Blvd.**<br>**Suite 102**<br>**Richardson, TX  75081** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Warren Roche**<br>**17322 West Tara Lane**<br>**Surprise, AZ 85388** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | X | X | X | **$9,565.23** |

Sheet no. ____**7**____ of ____**8**____ continuation sheets attached to                                    Subtotal >    **$224,565.23**

Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                                      Total >

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **N.I.A. National Insurance Agency, Inc.**                    Case No.  __11-41529_____

                                                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| **Representing:** **Warren Roche** | | John Henry Crouch, IV Kilgor Law Center 3109 Carlisle, Suite 200 Dallas, TX 75204 | | | | **Notice Only** |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Sheet no. ____**8**____ of ____**8**____ continuation sheets attached to                    **Subtotal >**    $0.00

Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                            **Total >**    $1,951,160.56

                                        **(Use only on last page of the completed Schedule F.)**

                                        **(Report also on Summary of Schedules and, if applicable, on the**

                                        **Statistical Summary of Certain Liabilities and Related Data.)**

B6G (Official Form 6G) (12/07)

In re  **N.I.A. National Insurance Agency, Inc.**                Case No.   **11-41529** _____
                                                                              (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **AT&T Mobility**<br>P.O. Box 650553<br>Dallas, TX  75265-0553 | Cell phone contract<br>Contract to be ASSUMED |
| **GreatAmerica Leasing Corp.**<br>PO Box 660831<br>Dallas, TX 75266 | Printer<br>Contract to be ASSUMED |
| **Pitney Bowes**<br>1313 No. Atlantic, 3rd Floor<br>Spokane, WA 99201-2303 | Postage machine lease<br>Contract to be ASSUMED |
| **SM II/TRP Properties, LP**<br>14180 Dallas Parkway<br>Dallas, TX 75254 | 14800 Quorum Drive, Suite 500, Dallas, TX 75254<br>Contract to be ASSUMED |
| **U.S. Bank**<br>P.O. Box 130<br>Hillsboro, OH 45133 | 2009 Cadillac Escalade ESV currently being operate<br>Contract to be ASSUMED |

B6H (Official Form 6H) (12/07)

In re **N.I.A. National Insurance Agency, Inc.**                    Case No. __**11-41529**_____
                                                                              (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Larry Gene McClendon** | **U.S. Bank**<br>P.O. Box 130<br>Hillsboro, OH 45133 |
| **Larry Gene McClendon** | **American National Bank of Texas**<br>PO Box 40<br>Terrell, TX 75160-0000 |
| **Larry Gene McClendon** | **American National Bank Visa**<br>P.O. Box 569120<br>Dallas, TX  75356 |
| **Larry Gene McClendon** | **American National Bank VISA**<br>P.O. Box 569120<br>Dallas, TX  75356 |

B6 Summary (Official Form 6 - Summary) (12/07)

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

In re  **N.I.A. National Insurance Agency, Inc.**                     Case No.   **11-41529**

                                                                     Chapter   **11**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $0.00 | | |
| B - Personal Property | Yes | 5 | $3,766,301.68 | | |
| C - Property Claimed as Exempt | No | | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $1,032,619.61 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 4 | | $4,963.75 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 9 | | $1,951,160.56 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | | | | N/A |
| | TOTAL | 23 | $3,766,301.68 | $2,988,743.92 | |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **N.I.A. National Insurance Agency, Inc.**                              Case No.   **11-41529** _____

                                                                                                    (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

   I, the _____ **President** _____ of the _____ **Corporation** _____
named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
_____ **25** _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

(Total shown on summary page plus 1.)

Date  **6/15/2011** _____           Signature  __ **/s/ Larry Gene McClendon** _____

                                                                                            ***Larry Gene McClendon***
                                                                                            ***President***

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

_____

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or
both.  18 U.S.C. §§ 152 and 3571.*