**Joyce W. Lindauer**
**Jonathan Gitlin**
**Attorneys at Law**
**8140 Walnut Hill Lane**
**Suite 301**
**Dallas, Texas 75231**
**(972) 503-4033 Telephone**
**(972) 503-4034 Facsimile**
**Attorneys for Debtor**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| N.I.A. NATIONAL INSURANCE | § | CASE NO: 11-41529 |
| AGENCY, INC. | § | |
| | § | |
| DEBTOR. | § | CHAPTER 11 |
| | § | |

### DEBTOR'S EXHIBIT AND WITNESS LIST

**TO THE HONORABLE UNITED STATES BANKRUPTCY COURT:**

COMES NOW N.I.A. National Insurance Agency, Inc., Debtor in the above styled and numbered bankruptcy case, and files this its Witness and Exhibit List for Confirmation set for hearing on January 23, 2012 and would respectfully show the Court as follows:

### WITNESSES:

1. Larry McClendon.

2. Michael Wiley.

3. Marsha Halpern.

4. Bob Dohmeyer.

5. Any witness called or designated by any other party.

**EXHIBITS:**

1. Plan.

2. Disclosure Statement.

3. Order Approving Disclosure Statement.

4. Ballot Tally.

5. Projections.

6. Claims Register.

7. Docket Sheet.

8. Schedules.

9. SOFA

10. Monthly Operating Reports, September 2011, October 2011 and November 2011.

11. Any exhibits designated by any other party.

Debtor reserves the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and reserves the right to call additional witnesses and introduce additional exhibits in rebuttal. Debtor further reserves the right to supplement this list prior to the hearing.

Dated: January 17, 2012

        Respectfully Submitted,

        /s/ Joyce Lindauer
        Joyce W. Lindauer
        State Bar No. 21555700
        Attorney at Law
        8140 Walnut Hill Lane, Suite 301
        Dallas, Texas 75231
        (972) 503-4033 Telephone
        (972) 503-4034 Facsimile
        ATTORNEY FOR DEBTOR

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 17, 2012, a true and correct copy of the foregoing document has been served via the CM/ECF system.

/s/ Joyce Lindauer
Joyce W. Lindauer