IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| N.I.A. NATIONAL INSURANCE | § | CASE NO. 11-41529-r |
| AGENCY, INC., | § | |
| | § | |
| DEBTOR. | § | CHAPTER 11 |

### CREDITOR'S EXHIBIT AND WITNESS LIST

TO THE HONORABLE UNITED STATES BANKRUPTCY COURT:

    Comes now Warren Roche, Creditor in the above styled and numbered bankruptcy case, and files this his Witness and Exhibit List for his claim set for hearing on May 14, 2012 and would respectfully show the Court as follows:

### WITNESSES:

\*    Warren Roche
    c/o John H. Crouch, IV
    Kilgore & Kilgore, PLLC
    3109 Carlisle
    Dallas, Texas 75204
    214-969-9099

    Plaintiff.

\*    Larry G. McClendon
    1270 Timber Ridge Trail
    Aubrey, Texas 76227

    Principal owner of corporate defendants.  He is believed to have general knowledge of the facts and allegations in the lawsuit.

\*    Roth Robertson
    3713 Lighthouse Hill Lane
    Fort Worth, Texas 96179
    817-925-2419

Former President/Agency Director of NIA. Has knowledge of misrepresentations by Defendants in support of their schemes to avoid payment, and as to McClendon's behavior in the office. He also has knowledge of Plaintiff's performance as an agent. He is believed to have knowledge of Defendants' financial condition.

* Michael Wiley
Defendants' In-House Accountant

Knowledge of Plaintiff's complaints regarding unpaid amounts owed for renewal commissions. Plaintiff believes he has knowledge of misrepresentations by Defendants in support of their schemes to avoid payment, and as to McClendon's behavior in the office. He also has knowledge of Plaintiff's performance as an agent. He is believed to have knowledge of Defendants' financial condition.

* Jason Richman
12500 Falabella Way
Keller, Texas 76244
817-449-8847
jasonrichman@sbcglobal.net

Former In-House Sales Manager. Has knowledge of misrepresentations by Defendants in support of their schemes to avoid payment, and as to McClendon's behavior in the office. He also has knowledge of Plaintiff's performance as an agent. He is believed to have knowledge of NIA's limited cash position. His knowledge is summarized in his statement dated March 25, 2011.

* Marijane Tropoloc
1604 South Nursery Rd.
Irving, TX 75060
(972) 554-8402

Former NIA Office Manager. She has knowledge of misrepresentations by Defendants in support of their schemes to avoid payment, and as to McClendon's behavior in the office. She also has knowledge of McClendon's personal life.

* Jason Ditson
NIA Employee

Replaced Roth Robertson. He is believed to have knowledge of McClendon's personal life, including what is believed to be a personal relationship with McClendon.

* Mike Lentini

       3500 Villanova Dr.
       Corinth, TX 76210
       (469) 258-0346

       Lentini is a former NIA agent who, on information and belief, was also terminated under pretext when his commissions cleared, and he was due ongoing payments from NIA.

\*      Jay Alan Horowitz
       12810 Forest Meadow Dr.
       Cypress, TX 77429
       281-376-0777

       Knowledge of Defendant's business practices and poor reputation in the industry.

\*      Michael G. Luke
       11319 Lippitt Ave.
       Dallas, Texas 75218

       Former employee of Defendants with knowledge of Defendant's business practices and reputation.

\*      Scott P. Thiltgen
       2505 Zennor Ct.
       Cedar Park, TX 78613

       Former employee of Defendants with knowledge of Defendant's business practices and reputation.

\*      Ben MacManus
       18749 Marsh Lane, Apt. 715
       Dallas, TX 78287
       214-605-5215
       benmacmanus@gmail.com

       Former employee of Defendants with knowledge of Defendant's business practices and reputation. May have knowledge of practices with regard to paying agents, and financial condition of Defendants.

\*      Marty Gross
       (954) 780-9012

       NIA agent who experienced extreme difficulty getting paid due commissions.

\*       John Taylor
         (325) 450-6966

NIA agent who experienced extreme difficulty getting paid due commissions when his account "cleared out."

\*       Randall Ware
         2906 West Royal Lane, Apt. 2029
         Irving, TX 75063
         (469) 441-8387

Former Agent Services Representative with knowledge of McClendon's business practices and personal life.

\*       Torys Tropoloc

Former employee of NIA with knowledge of McClendon's business practices behavior, including hacking into employees' private e-mail addresses to snoop through their personal correspondence.

Kilgore & Kilgore, PLLC reserve the right to call any person disclosed by Debtor.

## EXHIBITS

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| PX 1 | Proof of Claim | | |
| PX 2 | 1/11/11 Demand Letter to Marsha Halpern | | |
| PX 3 | NIA Contracting/Appointment Checklists (includes Agent Status and Commission Advice Form; Company Appointment Forms; NIA General Agent's Agreement; Agent Commission Schedule; Lead Agreement; W-9; Advance Guidelines; Advance Agent's Email Request Form; Copy of Current License | | |
| PX 4 | 11/16/10 Email String Roche/McClendon re: Renewal Commissions not paid for 7/31/2010 and 8/31/2010 statements; and 11/17/10 Email String Wiley/Roche/McClendon/Stephens re: Renewal Commissions Not Paid for 7/31/10 and 8/31/10 Statements | | |
| PX 5 | NIA Renewal Agent Statement for the period of 8/31/2010 | | |
| PX 6 | NIA Renewal Agent Statement for the period of 7/31/2010 | | |
| PX 7 | 10/8-10/21/10 Email String Roche/McClendon/Stephens re: Statement Discrepancy | | |
| PX 8 | NIA - New Business Agent Statement for period of 10/7/10 and 10/8/10 for Roche | | |

| | | | |
|---|---|---|---|
| PX 9 | NIA - New Business Agent Statement for period of 11/8/10 and 11/9/10 for Roche | | |
| PX 10 | Photos of McClendon at Maroma Beach - 3/10 | | |
| PX 11 | Email of 12/28/10 from McClendon to Roche re: Termination of Roth Robertson | | |
| PX 12 | Photo of Most Recruits and Down Line Production Trophe for 2009 | | |
| PX 13 | Declaration of Warren Roche | | |
| PX 14 | Declaration of Roth Robertson- | | |
| PX 15 | Declaration of Marijane Tropoloc | | |
| PX 16 | Affidavit of Jason Richman | | |
| PX 17 | Affidavit of Randall Ware | | |

Dated: May 9, 2012.

        Respectfully submitted,

        KILGORE & KILGORE, PLLC


        By:  /s/ John H. Crouch, IV

         JOHN H. CROUCH, IV
         State Bar No. 00783906

        3109 Carlisle, Suite 200
        Dallas, TX  75204
        (214) 969-9099 - Telephone
        (214) 953-0133 - Fax

        ATTORNEYS FOR
        WARREN ROCHE

## **CERTIFICATE OF SERVICE**

   I certify that on this 9th day of May, 2012, a true and correct copy of the above and foregoing document was served via the CM/ECF system.

Timothy O'Neal
Office of the U.S. Trustee
110 North College Avenue, Suite 300
Tyler, Texas 75702

Joyce W. Lindauer
8140 Walnut Hill Lane, Suite 301
Dallas, Texas 75231

                 /s/ John H. Crouch, IV
                 John H. Crouch, IV