IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| N.I.A. NATIONAL INSURANCE AGENCY, INC., | § § § | CASE NO. 11-41529-r |
| | § | |
| DEBTOR. | § | CHAPTER 11 |

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| LARRY GENE MCCLENDON | § | CASE NO. 11-41527 |
| | § | |
| | § | |
| DEBTOR. | § | CHAPTER 11 |

**CREDITORS WARREN ROCHE AND  KILGORE & KILGORE, PLLC'S
AMENDED EXHIBIT AND WITNESS LIST**

TO THE HONORABLE UNITED STATES BANKRUPTCY COURT:

     Comes now Warren Roche, Creditor in the above styled and numbered bankruptcy case, and files this his Witness and Exhibit List for his claim set for hearing on May 14, 2012 and would respectfully show the Court as follows:

WITNESSES:

\*     Warren Roche
      c/o John H. Crouch, IV
      Kilgore & Kilgore, PLLC
      3109 Carlisle
      Dallas, Texas 75204
      214-969-9099

  Plaintiff.

\*  Larry G. McClendon
  1270 Timber Ridge Trail
  Aubrey, Texas 76227

  Principal owner of corporate defendants. He is believed to have general knowledge of the facts and allegations in the lawsuit.

\*  Roth Robertson
  3713 Lighthouse Hill Lane
  Fort Worth, Texas 96179
  817-925-2419

  Former President/Agency Director of NIA. Has knowledge of misrepresentations by Defendants in support of their schemes to avoid payment, and as to McClendon's behavior in the office. He also has knowledge of Plaintiff's performance as an agent. He is believed to have knowledge of Defendants' financial condition.

\*  Michael Wiley
  Defendants' In-House Accountant

  Knowledge of Plaintiff's complaints regarding unpaid amounts owed for renewal commissions. Plaintiff believes he has knowledge of misrepresentations by Defendants in support of their schemes to avoid payment, and as to McClendon's behavior in the office. He also has knowledge of Plaintiff's performance as an agent. He is believed to have knowledge of Defendants' financial condition.

\*  Jason Richman
  12500 Falabella Way
  Keller, Texas 76244
  817-449-8847
  jasonrichman@sbcglobal.net

  Former In-House Sales Manager. Has knowledge of misrepresentations by Defendants in support of their schemes to avoid payment, and as to McClendon's behavior in the office. He also has knowledge of Plaintiff's performance as an agent. He is believed to have knowledge of NIA's limited cash position. His knowledge is summarized in his statement dated March 25, 2011.

\*  Marijane Tropoloc
  1604 South Nursery Rd.
  Irving, TX 75060

      (972) 554-8402

Former NIA Office Manager. She has knowledge of misrepresentations by Defendants in support of their schemes to avoid payment, and as to McClendon's behavior in the office. She also has knowledge of McClendon's personal life. Her knowledge is summarized in a declaration filed with the court.

\*      Jason Ditson
      NIA Employee

Replaced Roth Robertson. He is believed to have knowledge of McClendon's personal life, including what is believed to be a personal relationship with McClendon.

\*      Mike Lentini
      3500 Villanova Dr.
      Corinth, TX 76210
      (469) 258-0346

Lentini is a former NIA agent who, on information and belief, was also terminated under pretext when his commissions cleared, and he was due ongoing payments from NIA.

\*      Ben MacManus
      18749 Marsh Lane, Apt. 715
      Dallas, TX 78287
      214-605-5215
      benmacmanus@gmail.com

Former employee of Defendants with knowledge of Defendant's business practices and reputation. May have knowledge of practices with regard to paying agents, and financial condition of Defendants.

\*      Randall Ware
      2906 West Royal Lane, Apt. 2029
      Irving, TX 75063
      (469) 441-8387

Former Agent Services Representative with knowledge of McClendon's business practices and personal life.

\*      Torys Tropoloc

Former employee of NIA with knowledge of McClendon's business practices behavior, including hacking into employees' private e-mail addresses to snoop through their personal

correspondence.

\*      John H. Crouch, IV
        3109 Carlisle St., Suite 200
        Dallas, TX 75204

        Creditor's attorney, with knowledge of contingent fee agreement.


        Kilgore & Kilgore, PLLC  reserve the right to call any person disclosed by Debtor.

# EXHIBITS

| Exhibit No. | Description | Offered | Admitted |
| --- | --- | --- | --- |
| PX 1 | Proof of Claim | | |
| PX 2 | 1/11/11 Demand Letter to Marsha Halpern | | |
| PX 3 | NIA Contracting/Appointment Checklists (includes Agent Status and Commission Advice Form; Company Appointment Forms; NIA General Agent's Agreement; Agent Commission Schedule; Lead Agreement; W-9; Advance Guidelines; Advance Agent's Email Request Form; Copy of Current License | | |
| PX 4 | 11/16/10 Email String Roche/McClendon re: Renewal Commissions not paid for 7/31/2010 and 8/31/2010 statements; and 11/17/10 Email String Wiley/Roche/McClendon/Stephens re: Renewal Commissions Not Paid for 7/31/10 and 8/31/10 Statements | | |
| PX 5 | NIA Renewal Agent Statement for the period of 8/31/2010 | | |
| PX 6 | NIA Renewal Agent Statement for the period of 7/31/2010 | | |
| PX 7 | 10/8-10/21/10 Email String Roche/McClendon/Stephens re: Statement Discrepancy | | |
| PX 8 | NIA - New Business Agent Statement for period of 10/7/10 and 10/8/10 for Roche | | |

| | | | |
|---|---|---|---|
| PX 9 | NIA - New Business Agent Statement for period of 11/8/10 and 11/9/10 for Roche | | |
| PX 10 | Photos of McClendon at Maroma Beach - 3/10 | | |
| PX 11 | Email of 12/28/10 from McClendon to Roche re: Termination of Roth Robertson | | |
| PX 12 | Photo of Most Recruits and Down Line Production Trophe for 2009 | | |
| PX 13 | Declaration of Warren Roche | | |
| PX 14 | Declaration of Roth Robertson- | | |
| PX 15 | Declaration of Marijane Tropoloc | | |
| PX 16 | Affidavit of Jason Richman | | |
| PX 17 | Affidavit of Randall Ware | | |
| PX 18 | December 10, 2010 Contingency Fee Agreement with Kilgore & Kilgore, PLLC (Exh. F to Roche Declaration) | | |
| PX 19 | Defendants' Responses to Plaintiff's First Request for Admissions, Interrogatories, and Request for Production of Documents dated March 15, 2011 | | |
| PX 20 | Correspondence from John H Crouch to Roche's trustee advising we were filing proof of claim dated 9/15/11 | | |
| PX 21 | Discharge order for Roche bankruptcy proceedings dated 9/21/11 | | |

Dated: June 19, 2012.

                                  Respectfully submitted,

                                  KILGORE & KILGORE, PLLC

                                  By: /s/ John H. Crouch, IV

                                  JOHN H. CROUCH, IV
                                  State Bar No. 00783906

                                3109 Carlisle, Suite 200
                                Dallas, TX  75204
                                (214) 969-9099 - Telephone
                                (214) 953-0133 - Fax

                                ATTORNEYS FOR
                                WARREN ROCHE

## **CERTIFICATE OF SERVICE**

     I certify that on this 19th day of June, 2012, a true and correct copy of the above and foregoing document was served via the CM/ECF system.

    Timothy O'Neal
    Office of the U.S. Trustee
    110 North College Avenue, Suite 300
    Tyler, Texas 75702

    Joyce W. Lindauer
    8140 Walnut Hill Lane, Suite 301
    Dallas, Texas 75231

                                  /s/ John H. Crouch, IV
                                  John H. Crouch, IV